IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-13669-HH
_____

MARIA EUGENIA BLANCO,

                                                                                               Plaintiff - Appellant,

versus

ANAND ADRIAN SAMUEL,
LINDSEY ADAMS FINCH,

                                                                                               Defendants - Appellees.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

      The motion for extension of time to and including February 1, 2023, in which to file the Amicus brief is GRANTED.

                                                                           /s/ Charles R. Wilson
                                                              UNITED STATES CIRCUIT JUDGE