# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13669

_____

MARIA EUGENIA BLANCO,

                                                  Plaintiff-Appellant,

*versus*

ANAND ADRIAN SAMUEL,
LINDSEY ADAMS FINCH,

                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-24023-RNS

_____

ORDER:

| 2 | Order of the Court | 22-13669 |

The Amicus Curiae's unopposed motion to participate at oral argument is hereby GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION