# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-13669

_____

MARIA EUGENIA BLANCO,

                                                                                       Plaintiff-Appellant,

*versus*

ANAND ADRIAN SAMUEL,
LINDSEY ADAMS FINCH,

                                                                                       Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:21-cv-24023-RNS

_____

ORDER:

"Appellees' Motion for Leave to File Short Supplemental Statement to Correct Misstatement at Oral Argument and to Fully Respond to Panel Members' Questions" is **GRANTED**. Should Appellees and the Department of Labor each wish to file a supplemental response of **no more than four pages, they may do so by October 11, 2023**.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION